JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED AFRICAN-AMERICAN ABILITIES CLUB, *et al*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>8430 DE LONGPRE VILA A, LP, *et al*,<br><br>　　　　Defendants. | Case No. 2:22-cv-06075-AB-(KSx)<br><br>**ORDER DISMISSING CIVIL ACTION** |
|---|---|

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  October 18, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.